**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In re:

   Tonnisha S Crawford                                Case No.: 18-31839
   Benjamin MJ Crawford                             Chapter 7

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated as follows:

(Via U.S. Mail Postage Prepaid Only)
American Credit Acceptance
961 E. Main St.
Spartanburg, SC 29302

(Via U.S. Mail Postage Prepaid Only)
Flash Auto Sales LLC
3606 Hwy 51
Fort Mill, SC 29715

(Via U.S. Mail Postage Prepaid Only)
Kimbrells Furniture
PO Box 11117
Charlotte, NC 28220

in the foregoing matter with a copy of Statement of Intent by depositing in the United States mail a copy of same in a properly addressed envelope with first class postage thereon. Attorneys were served electronically.

Dated: December 12, 2018

                                                      /s/ Kimberly A. Sheek
                                                      Attorney for the Debtor
                                                      Law Office of Kimberly A. Sheek
                                                      N.C. State Bar No. 34199
                                                      P.O. Box 480740
                                                      Charlotte, NC 28269
                                                      Phone: 704-842-9776
                                                      Fax: 704-943-0728